UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:06-cr-111 |
| ) | |
| v. ) | Honorable Robert Holmes Bell |
| ) | |
| JASON DEVON WILDER, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

Because defendant's presence before this court has been procured by a writ from the Michigan Department of Corrections, defendant is not eligible for bond and will be held in custody until the completion of this case.

DONE AND ORDERED this 27th day of June, 2006.

/s/  Joseph G. Scoville
United States Magistrate Judge